UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

THE NEW YORK TIMES COMPANY,                         :

                              Plaintiff,            :        No. 21-cv-06073

                    v.                              :        **MOTION TO**
                                                             **WITHDRAW**
U.S. DEPARTMENT OF JUSTICE,                          :        **AS COUNSEL**

                              Defendant.            :
_____X


     **PLEASE TAKE NOTICE** that, with consent of the Defendant, upon the accompanying

Declaration of Alexandra Settelmayer, Alexandra Settelmayer hereby moves to withdraw as

counsel for Plaintiff The New York Times Company in the above-captioned action. David E.

McCraw has appeared as counsel for Plaintiff and will continue to represent Plaintiff in this case.


Dated:  New York, New York
        December 6, 2021

                                        /s/ Alexandra Settelmayer_____
                                        Alexandra Settelmayer
                                        Davis Wright Tremaine LLP
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Phone: (212) 402-4070
                                        E-mail: alexandrasettelmayer@dwt.com

SO ORDERED:

_____
The Honorable Katherine Polk Failla
United States District Judge

Dated:   December 7, 2021
         New York, New York