

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 29, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *The New York Times Company v. United States Department of Justice*, 21 Civ. 06073 (KPF)

Dear Judge Failla:

    This Office represents defendant U.S. Department of Justice ("DOJ" or "Defendant") in this action arising under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of Defendant and plaintiff The New York Times Company ("Plaintiff") to provide the joint status letter due today pursuant to the Court's Order dated February 15, 2022, Dkt. No. 14 at 2 (memo endorsement).

    Since the parties' last status letter, the two other DOJ components to which Defendant sent the at-issue record for consultations have completed those consultations and Defendant has begun the process of implementing their feedback. Defendant expects to make its release of all non-exempt portions of the record by May 13, 2022. Defendant has also confirmed that while there are references to a classified appendix in the at-issue record, ultimately no classified appendix was ever created and thus there is no other record that needs to be processed to complete Defendant's response to Plaintiff's FOIA request. In light of the progress that has taken place and the expected timing of the release, the parties jointly propose that they submit a joint status letter to the Court by May 27, 2022, proposing next steps in this case.

    The parties thank the Court for its consideration of this submission.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: __/s/ Jennifer Jude__
     JENNIFER JUDE
     Assistant United States Attorney
     Telephone: (212) 637-2663
     Email: jennifer.jude@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)