

David McCraw
Senior Vice President &
Deputy General Counsel

212 556-4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

May 25, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Company v. United States Department of Justice*, No. 21-cv-06073

Dear Judge Failla:

I am counsel for plaintiff The New York Times Company ("The Times") in the above-captioned action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I submit this letter on behalf of all parties pursuant to the Court's April 29, 2022 Order (Dkt. No. 17).

Since the parties' last status update, The Times has received the Department of Justice's production, which it is currently reviewing. To allow the parties additional time to discuss next steps in this case, including whether cross-motions for summary judgment will be necessary, the parties respectfully request that the Court permit the parties to submit a further status report on Friday, June 10, 2022.

We thank the Court for its consideration of this submission.

Respectfully submitted,

/s/ David McCraw

David McCraw

cc: All counsel of record (via ECF)